Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
OCEANOGRAFIA S.A. DE C.V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEANOGRAFIA S.A. DE C.V.,<br><br>Plaintiff,<br><br>-against-<br><br>DEMAR INSTALADORA Y CONSTRUCTORA, S.A. DE C.V.,<br><br>Defendant. | 08 Civ.<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, Christopher R. Nolan, attorney for Plaintiff Oceanografia ("Oceanografia"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Oceanografia has no parent company, and no publicly traded company owns 10% or more of its stock.

Dated:  New York, New York
        April 18, 2008

                                    HOLLAND & KNIGHT LLP

                            By:     _____
                                    Michael J. Frevola
                                    Christopher R. Nolan
                                    Lissa D. Schaupp
                                    195 Broadway
                                    New York, NY 10007-3189
                                    Tel:  (212) 513-3200
                                    Fax:  (212) 385-9010
                                    *Attorneys for Plaintiff*
                                    *Oceanografia S.A. de C.V.*

# 5278571_v1