Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
OCEANOGRAFIA S.A. DE C.V.

08 CIV 3728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEANOGRAFIA S.A. DE C.V.,

    Plaintiff,

-against-

DEMAR INSTALADORA Y CONSTRUCTORA, S.A. DE C.V.,

    Defendant.

08 Civ. 3728

**ORDER FOR ISSUANCE
OF A WRIT OF
ATTACHMENT
AND GARNISHMENT**

---

**UPON** reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the affidavits and papers submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

**NOW**, upon motion of Holland & Knight LLP, attorneys for Plaintiff, it is hereby

**ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of $16,513.77

against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of, or being transferred for the benefit of Demar Instaladora y Constructora, S.A. de C.V., by any garnishee within this district, including, *inter alia*, funds or accounts held in the name of Demar Instaladora y Constructora, S.A. de C.V. with the following financial institutions:

   Bank of America, N.A.
   Bank of China
   The Bank of New York
   Citibank, N.A.
   Deutsche Bank Trust Company Americas
   HSBC Bank USA, N.A.
   JPMorgan Chase Bank, N.A.
   UBS AG
   Wachovia Bank, N.A.
   Société Générale
   Standard Chartered Bank
   BNP Paribas
   Calyon Investment Bank
   American Express Bank
   Commerzbank
   ABN Amro Bank
   Bank Leumi USA
   Banco Popular

and it is further

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including $16,513.77, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by Order to make service in this action, subsequent or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of garnishee's business the next business day; and it is further

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action.

Dated: New York, New York
     April 21, 2008

                              SO ORDERED

                              _____
                                      U.S.D.J.

# 5278546_v1