Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
OCEANOGRAFIA S.A. DE C.V.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEANOGRAFIA S.A. DE C.V.,<br><br>        Plaintiff,<br><br>    -against-<br><br>DEMAR INSTALADORA Y CONSTRUCTORA, S.A. DE C.V.,<br><br>        Defendant. | 08 Civ. 3728 (JGK)<br><br>**ORDER DIRECTING RELEASE OF ATTACHED FUNDS AND DISMISSAL <u>WITH PREJUDICE</u>** |

**WHEREAS** on or about April 18, 2008, Oceanografia S.A. de C.V. ("Plaintiff") filed this action against Demar Instaladora y Constructora S.A. de C.V. ("Defendant"), pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

**WHEREAS**, Plaintiff has served Process of Maritime Attachment and Garnishment (the "PMAG") on various garnishees including Citibank, N.A. ("Citibank");

**WHEREAS**, pursuant to service of the PMAG upon it, Citibank has confirmed that they are holding certain funds in the form of an electronic funds transfer ("EFT") belonging to Defendant in the sum of $16,513.77 (the "Attached Funds");

**WHEREAS**, Plaintiff has advised the Court that Plaintiff and Defendant have resolved their dispute and that Plaintiff desires to dismiss this proceeding with prejudice and to obtain the release of the Attached Funds;

**NOW, THEREFORE**, on motion by Holland & Knight LLP, counsel for Plaintiff, it is hereby Ordered that:

1. This proceeding is dismissed with prejudice; and

2. The Attached Funds are to be released by Citibank in accordance with directions to be provided to Citibank by the Defendant under separate correspondence.

Dated: June 12, 2008

**SO ORDERED:**

_____
United States District Judge
6/12/08.

*The Clerk is directed to enter judgment and to close this case. So ordered.*
6/12/08   U.S.D.J.